IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROBERT W. PRESTON,

     **Plaintiff,**

v.                                     **No. CV 14–0278 KG/LAM**

CAROLYN W. COLVIN,
Acting Commissioner of the Social
Security Administration,

     **Defendant.**

## <u>ORDER TO SHOW CAUSE</u>

     **THIS MATTER** is before the Court *sua sponte*.   Plaintiff filed a Complaint on March 21, 2014 (*Doc. 1*), and Defendant filed an Answer on May 27, 2014 (*Doc. 9*).   On May 28, 2014, the Court entered an ***Order Setting Briefing Schedule*** *(Doc. 13)*, wherein Plaintiff was ordered to file a Motion to Reverse or Remand Administrative Agency Decision with a supporting memorandum of law by July 28, 2014.   To this date, Plaintiff has not filed a Motion to Reverse or Remand Agency Decision, nor has he requested an extension of time.   A district court has inherent power to dismiss a case, even with prejudice, *sua sponte* for failure to prosecute or for failure to comply with a court order.   *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003).   Furthermore, the Court's local rules provide that a case may be dismissed if no steps are taken to move a case forward for ninety days. D. N.M. LR-Civ. 41.1.

     **IT IS THEREFORE ORDERED THAT no later than August 14, 2014**, Plaintiff shall either file with the Court a Motion to Reverse or Remand Administrative Agency Decision with a

supporting memorandum of law, or file with the Court a response to this Order showing cause why this case should not be dismissed.   Whichever he chooses to file, Plaintiff must serve a copy on Defendant.   *Plaintiff is also hereby notified that failure to respond to this Order may result in dismissal of this case without prejudice without further notice*.

**IT IS SO ORDERED.**

**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**

2