IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROBERT W. PRESTON,

      **Plaintiff,**

v.                                          No. CIV-14-0278 KG/LAM

CAROLYN W. COLVIN, Acting Commissioner
of the Social Security Administration,

      **Defendant.**

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on Magistrate Judge Lourdes A. Martínez' *Proposed Findings and Recommended Disposition (Doc. 29)* filed on March 12, 2015, which recommended granting in part and denying in part Plaintiff's *Motion to Remand or Reverse (Doc. 24)*. No party has filed objections to the *Proposed Findings and Recommended Disposition (Doc. 29)* and the deadline for filing objections has passed. The Court has determined that it will adopt the *Proposed Findings and Recommended Disposition (Doc. 29)*; grant in part and deny in part Plaintiff's *Motion to Remand or Reverse (Doc. 24)*; and enter a judgment dismissing this case with prejudice.

**IT IS THEREFORE ORDERED** that the *Proposed Findings and Recommended Disposition (Doc. 29)* are **ADOPTED** by the Court.

**IT IS FURTHER ORDERED** that Plaintiff's *Motion to Remand or Reverse (Doc. 24)* is **GRANTED in part** and **DENIED in part**.

**IT IS FURTHER ORDERED** that this case be **REMANDED** to the Commissioner for further proceedings consistent with the *Proposed Findings and Recommended Disposition (Doc. 29)* and that a final judgment be entered concurrently with this order.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**