## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**ROBERT W. PRESTON,**

        **Plaintiff,**

**v.**               **No. CIV-14-0278 KG/LAM**

**CAROLYN W. COLVIN, Acting Commissioner
of the Social Security Administration,**

        **Defendant.**

# <u>FINAL JUDGMENT</u>

**PURSUANT TO** the *Order Adopting Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 30)* entered concurrently herewith, the Court enters this Final Order under FED. R. CIV. P. 58, **GRANTING in part** and **DENYING in part** Plaintiff's *Motion to Remand or Reverse (Doc. 24)*, **REMANDING** this case to the Commissioner of Social Security for further proceedings consistent with the *Proposed Findings and Recommended Disposition (Doc. 29)*, and dismissing this case with prejudice.

 

_____

**UNITED STATES DISTRICT JUDGE**